UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re application of<br><br>507 SUMMIT LLC and KOA CAPITAL L.P.,<br><br>Petitioners,<br><br>for an order pursuant to 28 U.S.C. § 1782 to obtain discovery from GENERAL ATLANTIC, L.P. for use in a foreign proceeding. | Case No. 23-mc-427<br><br>**ORDER GRANTING APPLICATION UNDER 28 U.S.C. § 1782** |

This matter came before the Court upon the application ("Application") of 507 Summit LLC and KOA Capital L.P. (together, "Petitioners") for an order authorizing Petitioners to obtain certain discovery from Respondent General Atlantic, L.P. ("Respondent") under 28 U.S.C. § 1782. The Court, having considered the Application, and the memorandum of law and declarations in support, and the exhibits thereto, it is hereby ORDERED that:

1. The Application is granted.

2. Petitioners are authorized to take discovery of Respondent, which entity resides in this district, by issuing a subpoena commanding the production of documents in the form attached to the Declaration of Jeffrey Chubak as Exhibit 1.

3. Respondent shall produce the requested documents within fourteen days of entry hereof, or such other date agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the local rules of this district. Entry hereof does not foreclose Respondents from seeking relief under Rules 26 and 45, if appropriate. Any Rule 45 objection shall be served on all parties within seven days after entry hereof.

Dated this _____ day of _____, 2023.

_____
United States District Judge