UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re application of<br><br>507 SUMMIT LLC and KOA CAPITAL L.P.,<br><br>Petitioners,<br><br>for an order pursuant to 28 U.S.C. § 1782 to obtain discovery from GENERAL ATLANTIC, L.P. for use in a foreign proceeding. | Case No. 23-mc-427<br><br>**DECLARATION OF JEFFREY CHUBAK IN SUPPORT** |

I, Jeffrey Chubak, hereby declare:

1.  I am an attorney with Amini LLC, counsel for Petitioners 507 Summit LLC and KOA Capital L.P., and submit this declaration in support of their application for an order under 28 U.S.C. § 1782 authorizing them to take discovery of Respondent General Atlantic, L.P. for use in an appraisal proceeding brought under Section 238 of the Cayman Islands Companies Act and pending in the Grand Court of the Cayman Islands, to determine the fair value of Petitioners' Class A ordinary shares in China Index Holdings Limited ("CIH").

2.  Attached hereto as exhibits are true and correct copies of the following documents:

| Exhibit No. | Document Filing Date | Document Description |
|---|---|---|
| 1 | -- | Proposed Form of Subpoena |
| 2 | -- | General Atlantic Webpage |
| 3 | -- | CIH Board Webpage |
| 4 | -- | Fang Board Webpage |
| Cayman Indemnity Proceeding | | |
| 5 | 4/14/23 | Judgment |

| Exhibit No. | Document Filing Date | Document Description |
|---|---|---|
| CIH SEC Filings | | |
| 6 | 5/24/19 | Form F-1/A<br>Amended Registration Statement |
| 7 | 4/26/22 | Form 20-F<br>Annual Report for Fiscal Year Ended Dec. 31, 2021 |
| 8 | 10/14/22 | Schedule 13D/A<br>of General Atlantic |
| 9 | 12/22/22 | Form 6-K, Exhibit 99.2<br>Agreement and Plan of Merger |
| 10 | 2/24/23 | Schedule 13E-3/A<br>Rule 13e-3 Transaction Statement (Amended) |
| 11 | 4/17/23 | Form 6-K, Exhibit 99.1<br>Press Release Announcing Completion of Merger |
| Fang Holdings Limited SEC Filings | | |
| 12 | 6/13/19 | Form 6-K, Exhibit 99.1<br>Press Release Announcing Completion of Spin-Off of CIH |
| 13 | 5/27/20 | Form 20-F<br>Annual Report for Fiscal Year Ended Dec. 31, 2019 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2023.

/s/ Jeffrey Chubak