ⓘ General Atlantic's website uses cookies to improve and personalize your experience. The site may also use cookies from third parties. By using this site, you consent to the use of cookies. Learn More.

**DISAGREE** **AGREE**



# OUR GLOBAL **OFFICES**

| REGION | ⌃ |
|---|---|
| All Regions | |
| India & Southeast Asia | |
| Latin America | |
| EMEA | |
| China | |
| **United States** | |

**GENERAL CONTACT**
For all general inquiries, please email: inquiries@generalatlantic.com

**RECRUITING**
For all recruiting inquiries, please email: recruiting@generalatlantic.com

**MEDIA**
For all media inquiries, please contact:

Mary Armstrong
+1 (646) 710-5626

Emily Japlon
+1 (212) 715-4038

media@generalatlantic.com

# United States

## NEW YORK

Park Avenue Plaza
55 East 52nd Street, 33rd Floor
New York, NY 10055
t: +1 (212) 715-4000

Directions

Meet the New York Team

## STAMFORD

677 Washington Blvd. 8th Floor
Stamford, CT 06901
t: (203) 629-8600

Directions

Meet the Stamford Team

## SAN FRANCISCO

101 California Street
Suite 4500
San Francisco, CA 94111
t: +1 (650)-251-7800

Directions

Meet the San Francisco Team

## MIAMI

2340 Collins Avenue
#601
Miami Beach, FL 33139

Directions

Meet the Miami Team

Copyright © 2023 General Atlantic Service Company, L.P. All Rights Reserved.

Legal Disclaimer | Fraudulent Requests | Sitemap | Privacy Notice | Form CRS

Contact                                Careers                               Investor Portal



