# Board of Directors

### ❯ Richard Jiangong Dai
Chairman of the Board of Directors

*Richard Jiangong Dai* joined Fang Holdings Limited ("Fang") in 1999 and served multiple positions in Fang including Fang's president and chief executive officer from 1999 to 2014 and Fang's director from September 2010 to February 2016. Mr. Dai co-founded Yiyi Technology in 2015 and Xiangshui Technology in 2018 and served as chief executive officer for the two companies. Mr. Dai received a master's degree from Stanford University and a bachelor's degree from Guangxi University.

### ❯ Yu Huang
Director, Chief Executive Officer and President



*Yu Huang* serves as our Chief Executive Officer and responsible for overall management of CIH. Prior to joining our company in 2000, Ms. Huang served as a senior investment consultant at Weiningxie Company Limited (China) from 1998 to 2000. She served as the manager in the engineering contract and budget department at H.K.I. Company Limited, a subsidiary of HKI Group, from 1996 to 1998. She served as a project manager at Beijing Uni.-Construction Group Company Limited from 1990 to 1996. Ms. Huang holds a bachelor's degree in engineering from North China University of Technology, a master's degree in business administration from Beijing Jiaotong University (formerly Northern Jiaotong University) and a PhD degree in management from Huazhong University of Science and Technology.

> **Robert Ciemniak**
Independent Director



*Robert Ciemniak* serves as our Independent Director of CIH. Mr. Ciemniak has served as the chief executive officer of Robotic Online Intelligence Limited since February 2017 and as the chief executive officer of Real Estate Foresight Limited since February 2012. Both Real Estate Foresight Limited and Robotic Online Intelligence Limited were set up via Rheticus Ventures Limited founded by Mr. Ciemniak in January 2012. Mr. Ciemniak served in various positions, including global head of Real Estate Market, and earlier as head of Corporate Foresight in Group Strategy at Thomson Reuters Corporation, a company listed on the NYSE, from October 1998 to December 2011. Mr. Ciemniak received his master degree of management and marketing from Warsaw School of Economics and his dual MBA degree from London Business School and Columbia Business School.

> **Jason Chenyang Wei**
Independent Director

*Jason Chenyang Wei* is Associate Dean of Tsinghua Institute of FinTech Research. At Tsinghua PBC School of Finance (PBCSF), he serves as Director of the China Insurance and Pension Research Center, and Secretary General of Tsinghua PBCSF Global Forum of Real Estate Finance. He is former General Manager of the New York Center and Chief U.S. Economist of Zenity Holdings, a global industrial investment group headquartered in China. Prior to joining Zenity, he was Head of Credit Research at American International Group (AIG). Before joining AIG, he was Senior Economist at the Federal Reserve Bank of Philadelphia, and before that he was Economist at the Federal Reserve Bank of New York. He is also a Research Fellow at Wharton Financial Institutions Center. He has published on top-tier finance and policy journals including Review of Financial Studies, Economic Policy Review, Tsinghua Financial Review, and International Financial Review. He is former Chairman of Board of The Chinese Finance Association (TCFA), the largest global association of Chinese finance professionals with over 6000 members worldwide. He served as President of TCFA from 2014 to 2015. He holds a Ph.D.

in Finance from Stern School of Business at New York University, a M.S. in Economics from University of Texas at Austin, and a B.A. in Finance from Tsinghua School of Economics and Management.

> **Jianping Ye**

Independent Director

*Jianping Ye* is Professor and Doctoral Supervisor of the School of Public Administration and Policy of Renmin University of China. He is a member of the Science and Technology Committee of the Ministry of Land and Resources, the Vice Chairman of the Real Estate Appraisal and Brokerage Expert Committee and the Policy Research Committee of the Ministry of Housing and Urban-Rural Development of the People's Republic of China. He is also an executive member of China Land Science Society (also the Vice Chairman of Cultivated Land Protection Branch and Popular Science Branch), the Director of the Department of Land Management of the School of Public Administration and Policy of Renmin University of China (2001-2012), the Vice President of China Institute of Real Estate Appraisers and Agents (2012), Vice President of Beijing Land Science Society, executive member of Global Chinese Real Estate Congress, Honorary Professor of the Departments of Architecture and Real Estate of the University of Hong Kong, Director and Founder of the Asia Pacific Housing Network (APHRN), and Senior Fellow of the Royal Institution of Chartered Surveyors (FRICS). Mr. Ye holds a Ph.D. in Management and a Master's degree in Economics from Renmin University of China, and a Bachelor's degree in Engineering from Wuhan University.