# 房天下 Fang.com

## Investor Relations

Investor Relations Home > **Board of Directors**

Print Page    RSS    E-mail Alerts

**Richard Jiangong Dai**
Executive Chairman of the Board of Directors



**Jian Liu**
Director and Chief Executive Officer



**Shaohua Zhang**
Independent Director



**Howard Huyue Zhang**
Independent Director



**Changming Yan**
Independent Director

Case 1:23-mc-00427-GHW-KHP   Document 74   Filed 11/07/23   Page 2 of 2

**Yu Huang**
Independent Director

copyright © 2023 北京拓世宏业科技发展有限公司Beijing Tuo Shi Hong Ye Science&Technology Development Co.,Ltd