UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re application of<br><br>507 SUMMIT LLC and KOA CAPITAL L.P.,<br><br>Petitioners,<br><br>for an order pursuant to 28 U.S.C. § 1782 to obtain discovery from GENERAL ATLANTIC, L.P. for use in a foreign proceeding. | Case No. 23-mc-427<br><br>**APPLICATION FOR ORDER OF JUDICIAL<br>ASSISTANCE UNDER 28 U.S.C. § 1782** |

      Petitioners 507 Summit LLC and KOA Capital L.P. move for an order of judicial assistance under 28 U.S.C. § 1782 authorizing them to take discovery of Respondent General Atlantic, L.P. for use in an appraisal proceeding brought under Section 238 of the Cayman Islands Companies Act and pending in the Grand Court of the Cayman Islands, to determine the fair value of Petitioners' Class A ordinary shares in China Index Holdings Limited. Petitioners submit the accompanying memorandum of law and declarations of Jeffrey Chubak and Rocco Cecere in support. A proposed form of order is annexed hereto as Exhibit 1.

Dated: New York, New York
        November 8, 2023

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 1001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Petitioners