UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re application of<br><br>507 SUMMIT LLC and KOA CAPITAL L.P.,<br><br>Petitioners,<br><br>for an order pursuant to 28 U.S.C. § 1782 to obtain discovery from GENERAL ATLANTIC, L.P. for use in a foreign proceeding. | Case No. 23-mc-427<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FRCP 7.1, the undersigned counsel for petitioner 507 Summit LLC certifies the following:

**Part I**
Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any nongovernmental corporate party or intervenor. If there are no such corporations, the form shall so state:

The sole entity owning 10% or more of 507 Summit LLC's membership interests is Lepercq Multi-Asset Fund SICAV FIS.

**Part II**
To be complete only if jurisdiction is based on diversity citizenship.

N/A.

Dated: New York, New York
       November 7, 2023

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 1001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Petitioners