```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
507 SUMMIT, LLC and KOA CAPITAL, L.P.,         :
:
                        Petitioners,     :    1:23-mc-427-GHW
:
       -v -                                                              :    ORDER REFERRING CASE
:    TO MAGISTRATE JUDGE
GENERAL ATLANTIC, L.P.,                                   :
:
                        Respondent.   :
:
------------------------------------------------------------------ X

The above entitled action is referred to a United States magistrate judge for the following purpose:

**_X_** General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

**_X_** Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____

All such motions:  _____X_____

    SO ORDERED.

Dated: November 10, 2023

                                               _____
                                                 GREGORY H. WOODS
                                             United States District Judge