# AMINI LLC

**Jeffrey Chubak**                                                                          212.497.8247
MEMBER NY & NJ BARS                                         jchubak@aminillc.com

November 27, 2023

**By ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: 507 Summit LLC et al v. General Atlantic, L.P. 23-mc-427-GHW-KHP
     Letter-Motion for Extension of Time to File Response/Reply

Dear Judge Parker:

We represent the applicants 507 Summit LLC and KOA Capital L.P. in this 28 U.S.C. § 1782 proceeding.

We write jointly with counsel for the respondent, General Atlantic, L.P., to ask the Court to fix (1) December 13, 2023 as respondent's deadline to file opposition papers; and (2) January 2, 2024 as applicants' deadline to file reply papers.

In accordance with Individual Rule I.c, the parties state: (1) there is no opposition deadline, and the parties have agreed on the proposed briefing schedule in connection with effecting electronic service of the motion papers on respondent; (2) no prior request for an adjournment or extension has been made; and (3) the above-described proposed briefing schedule is agreed to by all parties.

We thank the Court for its attention to this request.

Respectfully submitted,

/s/ Jeffrey Chubak

cc: Jessica Carey
    David Friedman