```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/22/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re Application of

507 Summit LLC and KOA Capital L.P.,

                            Petitioners,                                 **23-MC-0427 (RA) (KHP)**

For an Order Pursuant to 28 U.S.C. § 1782 to
To Obtain Discovery from General Atlantic, L.P.                     **ORDER**

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      By **April 2, 2024** the parties shall file a status letter with the Court and indicating whether this matter can be closed.

      SO ORDERED.

Dated: March 22, 2024
          New York, New York

                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge