# AMINI LLC

**Jeffrey Chubak**  
MEMBER NY & NJ BARS

212.497.8247  
jchubak@aminillc.com

July 31, 2024

**By ECF**

Hon. Katharine H. Parker  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: 507 Summit LLC et al v. General Atlantic, L.P. 23-mc-427

Dear Judge Parker:

We represent the petitioners in this § 1782 proceeding.  Respondent's initial production was made April 12, 2024.  The parties met-and-conferred regarding a dispute and another production was made June 7, 2024.  At this time there are no outstanding issues.  This matter can be closed.  We thank the Court for its attention to this proceeding.

Sincerely,

/s/ Jeffrey Chubak

cc: Jessica Carey  
     David Friedman